IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.                                    Case No. 07-CR-170-C-01

SABI ATTEYIH,

Defendant,

THE UNIVERSITY OF WISCONSIN
MADISON,

Garnishee Defendant.

---

**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING
GARNISHMENT**

---

Upon reviewing the application for writ of continuing garnishment filed with

this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for

a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment

to the garnishee defendant, and its successors or assigns.

Entered this _22d_ day of January, 2014.

BY THE COURT:

*Barbara B. Crabb*

BARBARA B. CRABB
District Judge